UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Patricia Thompson,

    Plaintiff,        Case No: 16-10525
               Hon. Victoria A. Roberts

v.

Marvin Z. Dotson and
Jeffrey Watts.,

    Defendants.
_____/

## ORDER GRANTING IN FORMA PAUPERIS STATUS
## AND DISMISSING COMPLAINT

On February 12, 2016, Patricia Thompson ("Thompson") filed a *pro se* complaint alleging federal question jurisdiction. She claims Defendants breached a contract to restore her home after a fire. Thompson seeks and the Court **GRANTS** in forma pauperis status.

However, the Court **DISMISSES** Thompson's complaint for lack of jurisdiction. Thompson fails to allege her claim arises under federal law. 28 U.S.C. §1331. The complaint references state statute M.C.L. 600.5807.

Thompson also fails to allege diversity jurisdiction under 28 U.S.C. §1332. Her address is in Michigan and she does not allege the citizenship of either Defendant. Finally, the complaint requests $60,000 in damages; an insufficient amount to meet the amount in controversy requirement. This Complaint is Dismissed.

**IT IS ORDERED**.

            S/Victoria A. Roberts
            Victoria A. Roberts
Dated: February 18, 2016    United States District Judge

The undersigned certifies that a copy of this document was served on the attorneys of record and Patricia Thompson by electronic means or U.S. Mail on February 18, 2016.

S/Carol A. Pinegar
Deputy Clerk